PROB 12B
(7/93)

Report Date: November 3, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 05 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard D. Schmidt                Case Number: 2:98CR00163-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief US District Judge

Date of Original Sentence: 01/08/1999              Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)   Date Supervision Commenced: 09/22/2008

Original Sentence: Prison - 130 months;            Date Supervision Expires: 09/21/2011
TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Schmidt began his term of supervised release on September 22, 2008. Since that time, he has begun to experience difficulties in regard to employment, housing, and most recently, drug use. Mr. Schmidt has expressed, to the undersigned, a need to be proactive and is requesting a modification of his conditions to include up to 90 days at an RRC facility.

An RRC placement would address Mr. Schmidt's employment and housing needs, in addition to mitigating his continued use of controlled substances.

Mr. Schmidt has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing and assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/3/08

Samuel Najera
U.S. Probation Officer

Prob 12B
**Re: Schmidt, Richard D**
**November 3, 2008**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✗]  The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

Nov. 5, 2008
Date